

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2018

No. 04-18-00396-CV

**TEXAS ARMORING CORPORATION**,
Appellant

v.

Tinyan **OKUNBO**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18380
Honorable Michael E. Mery, Judge Presiding

## O R D E R

Amy Hinds' Notification of Late Record is this date NOTED. Time is extended to December 5, 2018.

It is so **ORDERED** on November 19, 2018.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court